UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-22744-Civ-COOKE/WHITE
(08-20896-Cr-COOKE)

JOHNNY JASMIN,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND TRANSFERRING CASE TO THE ELEVENTH CIRCUIT

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), Rules 8 and 10 of the Rules Governing Section 2255 Cases in the United States District Courts, and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 3). On June 6, 2016, Judge White issued a Report (ECF No. 6) recommending that (i) this case be directly transferred to the U.S. Court of Appeals for the Eleventh Circuit, pursuant to 28 U.S.C. § 1631, for permission and certification for Movant to file a successive Section 2255 petition, (ii) a certificate of appealability not issue, (iii) the Clerk provide Movant with the appropriate forms to file a successive motion to the Eleventh Circuit, and (iv) the case be administratively closed.

Movant did not file objections to the Report of Magistrate Judge, and the time to do so has passed. I have considered Judge White's Report, and have made a *de novo* review of the record. I find Judge White's Report clear, cogent, and compelling.

It is **ORDERED and ADJUDGED** that Judge White's Report (ECF No. 6) is **AFFIRMED and ADOPTED**. Accordingly, this case is **TRANSFERRED** to the Eleventh Circuit pursuant to 28 U.S.C. § 1631. A certificate of appealability will not issue at this time. The Clerk shall provide Movant with the forms to file a successive Section 2255 petition to the Eleventh Circuit and instruct Movant to make a *prima facie* showing of entitlement to relief under *Johnson v. United States*, \_\_ U.S. \_\_, 135 S. Ct 2551 (2015). This case is ***administratively***

**CLOSED**. Movant shall file notice with this Court within thirty (30) days of receipt of the Eleventh Circuit's decision on his ability to file a successive Section 2255 petition.

**DONE and ORDERED** in chambers, at Miami, Florida, this 29th day of July 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*

*Counsel of record*

Johnny Jasmin, *Pro se*
94896-004
Pensacola FPC
Federal Prison Camp
Inmate Mail/Parcels
Post Office Box 3949
Pensacola, FL 32516